UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN HEALTH INFORMATION MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ARCHETYPE INNOVATIONS, LLC d/b/a EHR GO,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:23-cv-03363<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO DISMISS**

Archetype Innovations, LLC d/b/a EHR Go ("Archetype") hereby moves to dismiss the complaint filed by American Health Information Management Association. The complaint should be dismissed for lack of personal jurisdiction, improper venue, and failure to state a claim under Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6), for the reasons set forth in Archetype's accompanying memorandum of law.

Dated: September 14, 2023

Respectfully submitted,

*/s/ Steven P. Mandell*
Steven P. Mandell (ARDC 6183729)
Brian D. Saucier (ARDC 6226006)
Bryan G. Lesser (ARDC 6330021)
MANDELL MENKES LLC
333 W. Wacker Drive, Suite 450
Chicago, Illinois 60606
Telephone: (312) 251-1000
smandell@mandellmenkes.com
basucier@mandellmenkes.com
blesser@mandellmenkes.com

*Counsel for Archetype Innovations, LLC d/b/a EHR Go*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on September 14, 2023 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

<u>/s/ Steven P. Mandell</u>